**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

---

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE 9TH
FAMILY COURT IN BURSA, TÜRKIYE        Case No. _____
IN THE MATTER OF İBRAHIM KURT
V. SAFIYE KURT

---
                                          /

### APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782

The United States of America, by and through counsel, petitions this Court for an Order

pursuant to 28 U.S.C. § 1782(a), appointing Agatha Koprowski, Trial Attorney, at the U.S.

Department of Justice, Civil Division, Office of Foreign Litigation, Commissioner for the

purpose of obtaining testimony in the form of a written affidavit from Halil Ekiz. Certain

evidence has been requested by the 9th Family Court in Bursa, Türkiye ("Turkish Court"),

pursuant to a Letter of Request issued by the Turkish Court in connection with a civil judicial

proceeding captioned *İbrahim Kurt v. Safiye Kurt*, Foreign Reference Number 2024/551.

The grounds for this Application are more fully articulated in the Memorandum of Law

that has been simultaneously filed with the Application. A proposed Order is also provided for

the convenience of the Court.

Dated:    June 25, 2026           Respectfully submitted,

                                  ROBERT FRAZER
                                  United States Attorney

                                  BRETT A. SHUMATE
                                  Assistant Attorney General

                                  BRENNA E. JENNY
                                  Deputy Assistant Attorney General
                                  Civil Division, United States Department of Justice

By:   /s/Agatha Koprowski
       AGATHA KOPROWSKI
       Trial Attorney
       United States Department of Justice, Civil Division
       Office of Foreign Litigation
       Office of International Judicial Assistance
       1100 L Street NW, Room 8014
       Washington, DC 20530
       Telephone: 202-507-6081
       Email: agatha.koprowski@usdoj.gov